IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>NORTIA LOGISTICS, INC.,<br><br>        Defendant. | **8:25CV357**<br><br>**ORDER** |

Plaintiff Union Pacific Railroad Company indicates it served defendant Nortia Logistics, Inc. by certified mail on May 28, 2025, but did not file proof of service due to the automatic stay. Given the defendant's current status in this case,

IT IS ORDERED:

1. Union Pacific Railroad Company and Nortia Logistics, Inc. shall promptly notify the Court of the resolution of the bankruptcy proceedings in this case or any other order affecting the stay under 11 U.S.C. § 362(a). In the interim, both parties shall jointly provide the Court with a status update on the bankruptcy proceedings every ninety days beginning on December 12, 2025.

2. The Clerk of Court shall mail a copy of the Court's Order staying this case (Filing No. 8) and this Order (Filing No. 9) to Nortia Logistics, Inc.'s registered agent's address as listed on the summons issued (Filing No. 7-2): Nortia Logistics, Inc., c/o Ellen Lopatkina, Registered Agent, 11101 Franklin Ave., Ste. 400, Franklin, IL 60131.

Dated this 25th day of September 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
Chief United States District Judge